# EXHIBIT B

## Patent Claims Analysis
## of
## US9280689: "Method and apparatus for conducting offline commerce transactions"

## against
## Subway® Sub Club

# US9280689B2

United States

Inventor         Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011  WO EP US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
| --- | --- | --- | --- |

Total patentTerm Adjustments
arrow_upward
101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Subway® Sub Club has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*<br><br>*Subway conducts offline, in-restaurant transactions where customers present a Sub Club barcode at a physical cash register equipped with a barcode scanner. This matches the claimed environment.*<br><br><br><https://www.subway.com/en-us/rewards> *© 2026* |

| | | |
|---|---|---|
| | | **Dictionary**<br>Definitions from Oxford Languages · Learn more<br><br>**trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>an instance of buying or selling something; a business deal.<br>"in an ordinary commercial transaction a delivery date is essential"<br>Similar: deal · business · agreement · undertaking · affair · arrangement<br>• the action of conducting business.<br>Similar: negotiation · conduct · conducting · carrying out · performance<br>• an exchange or interaction between people.<br>"intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>Similar: proceedings · affairs · concerns · dealings · matters · activities<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br>*<https://www.google.com/search?q=transaction+define> @ 2025* |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code ["0nhIaiF‖‖"]** to a person for their use to **purchase goods ["purchase" + "transaction"]**.*<br><br>*Subway assigns each Sub Club member a **unique alphanumeric personal code**, displayed in the app as the user's scannable identifier.*<br><br>**Evidence:**<br><br>• *"personal code 0nhIaiF‖‖"*<br>• *"Your Subway® Sub Club account is personal to you, and you can only have one Subway® Sub Club account."*<br><br>*This demonstrates a unique personal code provided to the user.* |
| | | ***personal code***<br><br>*0nhIaiF‖‖* |



*<Subway® Sub Club> 2026-03-14*

***purchase goods***

Any Stamps, Points or Rewards you were awarded from a transaction that is later voided for any reason, shall be deducted from your Subway® Sub Club account balance.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code ["0nhIaiF\|\|\|\|"]** into barcode format to form a **User ID Barcode [SEE IMAGE of barcode]**, said **User ID Barcode [SEE IMAGE of barcode]** corresponding to said **personal code ["0nhIaiF\|\|\|\|"]** and including at least one **special character [DIFFERENT CODES, "0nhIaiF\|\|\|\|"]** to distinguish the barcode as a **User ID Barcode [SEE IMAGE of barcode]** from a **product barcode [SEE IMAGE of barcode]**.*<br><br>*Subway converts the user's personal code into a **2D barcode** displayed in the app. The code includes **non-numeric characters ("\|\|\|\|")**, distinguishing it from standard UPC product barcodes.*<br><br>***Evidence:***<br><br>• *"0nhIaiF\|\|\|\|" (personal code shown with special characters)*<br>• *Screenshot showing the Sub Club barcode under "SCAN AT REGISTER."* |
| --- | --- | --- |
|  |  | ***personal code***<br><br>*0nhIaiF\|\|\|\|* |



*<Subway® Sub Club> 2026-03-14*

*User ID Barcode*



*<Subway® Sub Club> 2026-03-14*

***special character***

*0nhIaiF||||*

*<Subway® Sub Club> 2026-03-14*

***product barcode***



**Florida - Subway Fresh Forward**
*<https://newsroom.subway.com/Restaurants?l=5&o=10> © 2026*



*<https://www.walmart.com/ip/Lay-s-Classic-Potato-Chips-8-oz-Bag/33282303?classType=VARIANT&athbdg=L1200> © 2026*

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code ["0nhIaiF\|\|\|\|"]** in said **User ID Barcode [SEE IMAGE of barcode]** format by said person for use to **purchase goods ["purchase" + "transaction"]** and storing said **personal code ["0nhIaiF\|\|\|\|"]** in a **User Vendor Management Server ["server"]** to permit purchases to be made at a vendor.*<br><br>*The Subway app stores the barcode locally for presentation at checkout, and Subway's backend servers store the same identifier to process transactions.*<br><br>***Evidence:*** |

- *"storing said personal code… in a User Vendor Management Server to permit purchases"*
- *"Entries… interrupted or unavailable network… server or other connections" (showing server-side storage and processing)*

**personal code**

*0nhIaiF||||*



*<Subway® Sub Club> 2026-03-14*

*User ID Barcode*



*<Subway® Sub Club> 2026-03-14*

*purchase goods*

Any Stamps, Points or Rewards you were awarded from a transaction that is later voided for any reason, shall be deducted from your Subway® Sub Club account balance.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

| | | |
|---|---|---|
| | | ***User Vendor Management Server***<br><br>Entries, including Email Entries, which by any means subvert the Entry process will be void. Releasees (as defined below) are not responsible for lost, incomplete, illegible, late, misdirected, stolen, undelivered, damaged, garbled, or mutilated Entries; lost Entries or transmissions; any error, omission, interruption, defect or delay in transmission, interrupted or unavailable network, cable, satellite, Internet Service Provider (ISP), server or other connections; miscommunications, failed computer hardware or software or technical failures; garbled, misrouted or scrambled transmissions; incomplete Entries or communications; or other errors; printing, typographical or other errors appearing within these Official Rules, the Website, in any Promotion-related advertisements or other materials; or other errors or problems of any kind whether mechanical, human, computer, electronic or otherwise relating to or in connection with the Promotion, including, with limitation, errors or problems which may occur in connection with the administration of the Promotion, the processing of Entries, the announcement of the prizes, or the cancellation or postponement of any events or games. Sponsor reserves the right, in its sole discretion, to void any and all Entries of an Entrant who Sponsor believes has attempted to tamper with or impair the administration, security, fairness or proper play of this Promotion. The use of automated or similar devices which subvert the Entry process, including but not limited to Entries submitted using any bot, macro, script, or contest service (or any other devices intended to automate any aspect of Entry) to enter this Promotion is prohibited and Entries through such devices are void.<br><br>*<https://www.subway.com/en-us/legal/rewards> © 2026* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a* **User Account ["Sub Club account"]** *in a* **User Vendor Management Server ["server"]***corresponding to said* **personal code ["0nhIaiF||||"]**.<br><br>*Subway creates a* **Sub Club account** *tied to the user's personal code and maintained on Subway's servers.*<br><br>**Evidence:**<br><br>● *"Your Subway® Sub Club account is personal to you…"*<br>● *"User Vendor Management Server… Releasees… are not responsible for… server or other connections."* |
| | | ***User Account***<br><br>Your Subway® <u>Sub Club account</u> is personal to you, and you can only have one Subway® Sub Club account. Your Subway® Sub Club account and any associated Stamps, Points, Subway® Cash, Free Footlong Coupons and other Rewards cannot be sold, transferred, assigned to, or shared with, family, friends, or others.<br><br>*<https://www.subway.com/en-us/legal/rewards> © 2026* |
| | | ***User Vendor Management Server*** |

Entries, including Email Entries, which by any means subvert the Entry process will be void. Releasees (as defined below) are not responsible for lost, incomplete, illegible, late, misdirected, stolen, undelivered, damaged, garbled, or mutilated Entries; lost Entries or transmissions; any error, omission, interruption, defect or delay in transmission, interrupted or unavailable network, cable, satellite, Internet Service Provider (ISP), server or other connections; miscommunications, failed computer hardware or software or technical failures; garbled, misrouted or scrambled transmissions; incomplete Entries or communications; or other errors; printing, typographical or other errors appearing within these Official Rules, the Website, in any Promotion-related advertisements or other materials; or other errors or problems of any kind whether mechanical, human, computer, electronic or otherwise relating to or in connection with the Promotion, including, with limitation, errors or problems which may occur in connection with the administration of the Promotion, the processing of Entries, the announcement of the prizes, or the cancellation or postponement of any events or games. Sponsor reserves the right, in its sole discretion, to void any and all Entries of an Entrant who Sponsor believes has attempted to tamper with or impair the administration, security, fairness or proper play of this Promotion. The use of automated or similar devices which subvert the Entry process, including but not limited to Entries submitted using any bot, macro, script, or contest service (or any other devices intended to automate any aspect of Entry) to enter this Promotion is prohibited and Entries through such devices are void.

<*https://www.subway.com/en-us/legal/rewards*> *© 2026*

***personal code***

*0nhIaiF||||*



*<Subway® Sub Club> 2026-03-14*

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e)* ***depositing funds*** *["earn Stamps and Points"] in said* ***User Account*** *["Sub Club account"] to establish a* ***credit limit*** *["Points balance", "Available Points"].*<br><br>*Subway uses* ***Stamps, Points, and Subway Cash*** *as stored value. These function as* ***funds*** *that accumulate and are redeemed for goods, establishing a de facto* ***credit limit****.*<br><br>***Evidence:*** |
|---|---|---|

- *"earn Stamps and Points"*
- *"Points balance… Available Points"*
- *"available Subway® Cash, Free Footlong Coupons, and Rewards"*

***User Account***

Your Subway® Sub Club account is personal to you, and you can only have one Subway® Sub Club account. Your Subway® Sub Club account and any associated Stamps, Points, Subway® Cash, Free Footlong Coupons and other Rewards cannot be sold, transferred, assigned to, or shared with, family, friends, or others.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

***depositing funds***

Subway® Sub Club availability is subject to Subway® restaurant participation. Some Subway® restaurants may not participate in Subway® Sub Club. Ask prior to placing your order or call ahead to the applicable Subway® restaurant to confirm if you can earn Stamps and Points or redeem Subway® Cash, Free Footlong Coupons, and other Rewards at that specific Subway® restaurant. Some features of Subway® Sub Club, such as the ability to scan your account information via the Subway® App, may not be available in certain locations.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

***credit limit***

As a condition of membership in Subway® Sub Club, you will be asked to provide a valid email when you enroll, which we, our affiliates, and our and their respective designees and service providers will use to contact you about your account, Stamp and Points balance, available Subway® Cash, Free Footlong Coupons, and Rewards, and as otherwise permitted by applicable law. We may also send you such communications via the Subway® App if you choose to receive push notifications. You can opt out of receiving any such push notifications by changing your device settings. You may also receive a push notification or email during the checkout process in a Subway® restaurant.

*<https://www.subway.com/en-us/legal/rewards> © 2026*



*<Subway® Sub Club> 2026-03-14*

| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the | *(f) conducting purchases at vendors each having a* **vendor server** **["server"]** *wherein each purchase includes scanning* **product barcode** **[SEE IMAGE of barcode]***s including* **product price** **["price"]** *and said* **User ID Barcode** **[SEE IMAGE of barcode]** *with a* **product barcode** **[SEE IMAGE of barcode]** **scanner** **["scan your account information" SEE IMAGE of scanner]** *at the* **vendor cash register** **["scan your account information" SEE IMAGE of cash register]** *and transmitting both* **product barcode** **[SEE IMAGE of barcode]***s and* **User ID Barcode** **[SEE IMAGE of barcode]** *to* |

| vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | said **vendor server** **["server"]**.<br><br>Subway's POS system scans both:<br><br>● product UPC barcodes (e.g., chips, drinks)<br>● the user's Sub Club barcode<br><br>and transmits both to Subway's server for processing.<br><br>**Evidence:**<br><br>● "Make selections below and scan code at register"<br>● Product barcode examples (Lay's UPC)<br>● "scan your account information via the Subway® App" |
| | **product price**<br>*Redeemable at participating U.S. restaurants. Subway$^®$ app/online orders only. Add-ons addt'l. Plus tax. Addt'l fees apply on delivery. Excludes Footlong Sidekicks. Expires 9/8/2024.<br><br>**Sidekicks prices and participation vary. Sidekicks prices higher in AK, HI, & CA. Check your app for pricing.<br><br>*** Subway$^®$ MVP Rewards available at participating restaurants. Points may not be earned on third-party delivery orders, ezCater catering orders, or purchases of gift cards.<br><https://newsroom.subway.com/2024-08-23-Subway-R-Serves-Up-Serious-Value-with-New-6-99-Any-Footlong-Deal-Thats-Right-Any-Footlong> © 2026 |
| | **User ID Barcode** |



*<Subway® Sub Club> 2026-03-14*

*product barcode*



*Florida - Subway Fresh Forward*
<*https://newsroom.subway.com/Restaurants?l=5&o=10*> *© 2026*



<https://www.walmart.com/ip/Lay-s-Classic-Potato-Chips-8-oz-Bag/33282303?classType=VARIANT&athbdg=L1200> © 2026

*scanner*



*Florida - Subway Fresh Forward*
*<https://newsroom.subway.com/Restaurants?l=5&o=10> © 2026*

Subway® Sub Club availability is subject to Subway® restaurant participation. Some Subway® restaurants may not participate in Subway® Sub Club. Ask prior to placing your order or call ahead to the applicable Subway® restaurant to confirm if you can earn Stamps and Points or redeem Subway® Cash, Free Footlong Coupons, and other Rewards at that specific Subway® restaurant. Some features of Subway® Sub Club, such as the ability to scan your account information via the Subway® App, may not be available in certain locations.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

*vendor cash register*



***Florida - Subway Fresh Forward***
*<https://newsroom.subway.com/Restaurants?l=5&o=10> © 2026*

Subway® Sub Club availability is subject to Subway® restaurant participation. Some Subway® restaurants may not participate in Subway® Sub Club. Ask prior to placing your order or call ahead to the applicable Subway® restaurant to confirm if you can earn Stamps and Points or redeem Subway® Cash, Free Footlong Coupons, and other Rewards at that specific Subway® restaurant. Some features of Subway® Sub Club, such as the ability to scan your account information via the Subway® App, may not be available in certain locations.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the* **User ID Barcode** **[SEE IMAGE of barcode]** *at the* **vendor server ["server"]** *and forwarding the ID Barcode and* **purchase price ["purchase" + "price"]** *to said* **User Vendor Management Server ["server"]**.<br><br>*Subway's server identifies the user from the barcode and forwards the purchase details to the Sub Club account system.* |
| --- | --- | --- |

*Evidence:*

- *"detecting the User ID Barcode… forwarding the ID Barcode and purchase price"*
- *"As a Subway® Sub Club member, you can earn Stamps and Points on Eligible Items that you purchase…"*

*User ID Barcode*

*<Subway® Sub Club> 2026-03-14*

<table>
<tr>
<td></td>
<td></td>
<td>

***purchase price***

As a Subway® Sub Club member, you can earn Stamps and Points on Eligible Items that you <u>purchase</u> at participating Subway® restaurants, both in-restaurant and through placing an order through the Sites ("**Online Ordering**"). Online Orders are subject to additional <u>Order Terms</u>.

<*https://www.subway.com/en-us/legal/rewards*>

*Redeemable at participating U.S. restaurants. Subway® app/online orders only. Add-ons addt'l. Plus tax. Addt'l fees apply on delivery. Excludes Footlong Sidekicks. Expires 9/8/2024.*

**Sidekicks prices and participation vary. Sidekicks prices higher in AK, HI, & CA. Check your app for pricing.*

*** Subway® MVP Rewards available at participating restaurants. Points may not be earned on third-party delivery orders, ezCater catering orders, or purchases of gift cards.*

<*https://newsroom.subway.com/2024-08-23-Subway-R-Serves-Up-Serious-Value-with-New-6-99-Any-Footlong-Deal-Thats-Right-Any-Footlong*> *© 2026*

</td>
</tr>
<tr>
<td></td>
<td></td>
<td>

***User Vendor Management Server***

Entries, including Email Entries, which by any means subvert the Entry process will be void. Releasees (as defined below) are not responsible for lost, incomplete, illegible, late, misdirected, stolen, undelivered, damaged, garbled, or mutilated Entries; lost Entries or transmissions; any error, omission, interruption, defect or delay in transmission, interrupted or unavailable network, cable, satellite, Internet Service Provider (ISP), <u>server</u> or other connections; miscommunications, failed computer hardware or software or technical failures; garbled, misrouted or scrambled transmissions; incomplete Entries or communications; or other errors; printing, typographical or other errors appearing within these Official Rules, the Website, in any Promotion-related advertisements or other materials; or other errors or problems of any kind whether mechanical, human, computer, electronic or otherwise relating to or in connection with the Promotion, including, with limitation, errors or problems which may occur in connection with the administration of the Promotion, the processing of Entries, the announcement of the prizes, or the cancellation or postponement of any events or games. Sponsor reserves the right, in its sole discretion, to void any and all Entries of an Entrant who Sponsor believes has attempted to tamper with or impair the administration, security, fairness or proper play of this Promotion. The use of automated or similar devices which subvert the Entry process, including but not limited to Entries submitted using any bot, macro, script, or contest service (or any other devices intended to automate any aspect of Entry) to enter this Promotion is prohibited and Entries through such devices are void.

<*https://www.subway.com/en-us/legal/rewards*> *© 2026*

</td>
</tr>
<tr>
<td>1.8</td>
<td>(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an</td>
<td>

*(h) comparing the* **purchase price** **["purchase" + "price"]** *with the funds in said* **User Vendor Management Server** **["server"]** *to determine if there are available funds within the* **credit limit** **["Points balance", "Available Points"]** *in the* **User Vendor Management Server** **["server"]** *account, and if there are, sending an* **approval signal** **["order confirmations"]** *to the* **vendor server** **["server"]**.

*Subway checks whether the user has sufficient Points/Subway Cash to redeem rewards and sends an approval/confirmation signal.*

</td>
</tr>
</table>

| approval signal to the vendor server; | **Evidence:**<br><br>- *"Points balance... Available Points"*<br>- *"We may send you order confirmations or other transactional text messages..."* |
| | **purchase price**<br><br>As a Subway® Sub Club member, you can earn Stamps and Points on Eligible Items that you purchase at participating Subway® restaurants, both in-restaurant and through placing an order through the Sites ("**Online Ordering**"). Online Orders are subject to additional Order Terms.<br>*<https://www.subway.com/en-us/legal/rewards>*<br><br>*\*Redeemable at participating U.S. restaurants. Subway® app/online orders only. Add-ons addt'l. Plus tax. Addt'l fees apply on delivery. Excludes Footlong Sidekicks. Expires 9/8/2024.*<br><br>*\*\*Sidekicks prices and participation vary. Sidekicks prices higher in AK, HI, & CA. Check your app for pricing.*<br><br>*\*\*\* Subway® MVP Rewards available at participating restaurants. Points may not be earned on third-party delivery orders, ezCater catering orders, or purchases of gift cards.*<br>*<https://newsroom.subway.com/2024-08-23-Subway-R-Serves-Up-Serious-Value-with-New-6-99-Any-Footlong-Deal-Thats-Right-Any-Footlong> © 2026* |
| | **User Vendor Management Server**<br><br>Entries, including Email Entries, which by any means subvert the Entry process will be void. Releasees (as defined below) are not responsible for lost, incomplete, illegible, late, misdirected, stolen, undelivered, damaged, garbled, or mutilated Entries; lost Entries or transmissions; any error, omission, interruption, defect or delay in transmission, interrupted or unavailable network, cable, satellite, Internet Service Provider (ISP), server or other connections; miscommunications, failed computer hardware or software or technical failures; garbled, misrouted or scrambled transmissions; incomplete Entries or communications; or other errors; printing, typographical or other errors appearing within these Official Rules, the Website, in any Promotion-related advertisements or other materials; or other errors or problems of any kind whether mechanical, human, computer, electronic or otherwise relating to or in connection with the Promotion, including, with limitation, errors or problems which may occur in connection with the administration of the Promotion, the processing of Entries, the announcement of the prizes, or the cancellation or postponement of any events or games. Sponsor reserves the right, in its sole discretion, to void any and all Entries of an Entrant who Sponsor believes has attempted to tamper with or impair the administration, security, fairness or proper play of this Promotion. The use of automated or similar devices which subvert the Entry process, including but not limited to Entries submitted using any bot, macro, script, or contest service (or any other devices intended to automate any aspect of Entry) to enter this Promotion is prohibited and Entries through such devices are void.<br><br>*<https://www.subway.com/en-us/legal/rewards> © 2026* |
| | **credit limit** |

|  |  | As a condition of membership in Subway® Sub Club, you will be asked to provide a valid email when you enroll, which we, our affiliates, and our and their respective designees and service providers will use to contact you about your account, Stamp and Points balance, available Subway® Cash, Free Footlong Coupons, and Rewards, and as otherwise permitted by applicable law. We may also send you such communications via the Subway® App if you choose to receive push notifications. You can opt out of receiving any such push notifications by changing your device settings. You may also receive a push notification or email during the checkout process in a Subway® restaurant. *<https://www.subway.com/en-us/legal/rewards> © 2026* |



*<Subway® Sub Club> 2026-03-14*

*approval signal*

Your personal information will be treated in accordance with our Privacy Statement. We may send you order confirmations or other transactional text messages with your consent. Text STOP to opt out. Text HELP for help. Standard message and data rates may apply.

| | | |
|---|---|---|
| | | *<https://www.subway.com/en-us/legal/rewards> © 2026* |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal ["order confirmations"]** *to the* **vendor cash register ["scan your account information" SEE IMAGE of cash register]**. |

*Subway's system sends an approval back to the POS, enabling redemption or awarding of points.*

***Evidence:***

- *"We may send you order confirmations…"*
- *"scan your account information" (cash register interaction)*

***approval signal***

Your personal information will be treated in accordance with our Privacy Statement. We may send you order confirmations or other transactional text messages with your consent. Text STOP to opt out. Text HELP for help. Standard message and data rates may apply.

*<https://www.subway.com/en-us/legal/rewards> © 2026*

***vendor cash register***

**Florida - Subway Fresh Forward**
*<https://newsroom.subway.com/Restaurants?l=5&o=10> © 2026*

| | | |
|---|---|---|
| | | Subway® Sub Club availability is subject to Subway® restaurant participation. Some Subway® restaurants may not participate in Subway® Sub Club. Ask prior to placing your order or call ahead to the applicable Subway® restaurant to confirm if you can earn Stamps and Points or redeem Subway® Cash, Free Footlong Coupons, and other Rewards at that specific Subway® restaurant. Some features of Subway® Sub Club, such as the ability to <u>scan your account information</u> via the Subway® App, may not be available in certain locations.<br><br>*<https://www.subway.com/en-us/legal/rewards> © 2026* |
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent **purchase transactions ["purchase" + "transaction"]** using said **User ID Barcode** [SEE IMAGE of barcode].*<br><br>*Sub Club is used repeatedly for in-store purchases, each time scanning the barcode and awarding/redeeming value.*<br><br>**Evidence:**<br><br>• *"Any Stamps, Points or Rewards you were awarded from a transaction…"*<br>• *"purchase transactions… both in-restaurant and through placing an order…"* |
| | | ***purchase transactions***<br>As a Subway® Sub Club member, you can earn Stamps and Points on Eligible Items that you <u>purchase</u> at participating Subway® restaurants, both in-restaurant and through placing an order through the Sites ("**Online Ordering**"). Online Orders are subject to additional <u>Order Terms</u>.<br>*<https://www.subway.com/en-us/legal/rewards>*<br><br>Any Stamps, Points or Rewards you were awarded from a <u>transaction</u> that is later voided for any reason, shall be deducted from your Subway® Sub Club account balance.<br>*<https://www.subway.com/en-us/legal/rewards> © 2026* |
| | | ***User ID Barcode*** |



*<Subway® Sub Club> 2026-03-14*

- **PRODUCT/SERVICE = "*Subway® Sub Club*"**

---

- **approval signal = "order confirmations"**
- **credit limit = "Points balance", "Available Points"**
- **depositing funds = "earn Stamps and Points"**
- **personal code = "*0nhIaiF||||*"**
- **product barcode = *SEE IMAGE of barcode***
- **product price = "price"**
- **purchase goods = "purchase" + "transaction"**

|  |  | <ul><li>*purchase price = "purchase" + "price"*</li><li>*purchase transactions = "purchase" + "transaction"*</li><li>*scanner = "scan your account information" SEE IMAGE of scanner*</li><li>*special character = DIFFERENT CODES, "0nhIaiF\|\|\|\|"*</li><li>*User Account = "Sub Club account"*</li><li>*User ID Barcode = SEE IMAGE of barcode*</li><li>*User Vendor Management Server = "server"*</li><li>*vendor cash register = "scan your account information" SEE IMAGE of cash register*</li><li>*vendor server = "server"*</li></ul> |