AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  2:26-cv-00285 |
| v. | ) ) | |
| SUBWAY IP LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUBWAY IP LLC
c/o Registered Agent
Corporation Service Company
Goodwin Square
225 Asylum Street
20th Floor
Harfford, Connecticut 06103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     William P. Ramey, III
RAMEY LLP
446 Montrose Blvd.
Suite 200
Houston, Texas 77007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __4/8/2026__

David A. O'Toole
_____
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
1411 West 6th Street
Austin, TX  78703

SERVICE RETURN ATTACHED

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-00285

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX  78703**

SERVICE RETURN ATTACHED

*278837*

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

**Wolverine Barcode IP, LLC**

        Plaintiff(s),

vs.

**Subway IP, LLC**

        Defendant(s).

**Case No.: 2:26-cv-00285-JRG**

**AFFIDAVIT OF SERVICE**

I certify that I received this process on **04/27/2026** at **3:15 PM** to be served upon:

**Subway IP LLC**

STATE OF CONNECTICUT

        **ss: East Hartford**

HARTFORD COUNTY

I, **Keith Niziankiewicz**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **04/28/2026** at **11:25 AM**, I served the within **Summons in a Civil Action, Plaintiff's Original Complaint for Patent Infringement, Exhibits A and B on Subway IP LLC** at **c/o Corporation Service Company, Reg Agent, 225 Asylum Street, 20th Floor, Hartford, CT 06103** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to **Alyssa Dipini**, **Records, Reprographics, and Reception Specialist/Authorized Agent** of the above named corporation and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **White** - Hair: **Black** - Age: **30** - Height: **5'5"** - Weight: **130**
Other:

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

X _____
**Keith Niziankiewicz**
ATX Process, LLC
1411 W 6th Street
Austin, TX 78703
512-717-5600

Signed and sworn to before me on **04/28/2026** by an affiant who is personally known to me or produced identification.

_____
Notary Public

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2028